

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-14-00008-CV

Chris **STONE,**
Appellant

v.

**TALBERT OPERATIONS, LLC,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 13-08-00195-CVL
Honorable Stella Saxon, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file notice of appeal is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court